# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONNA DAVIS,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:05-cv-611-Orl-31KRS**

**MV TRANSPORTATION, INC.,**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF TRIAL COUNSEL PURSUANT TO LOCAL RULE 2.02 AND NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(g) (Doc. No. 14)** |
| **FILED:** | July 19, 2005 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF TRIAL COUNSEL PURSUANT TO LOCAL RULE 2.02 AND NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(g) (Doc. No. 15)** |
| **FILED:** | July 19, 2005 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Although they were not styled as such, I construe the above-referenced filings as motions to appear *pro hac vice*. Having found that these motions comply with Local Rule 2.02(a), it is hereby **ORDERED** that Gail Blanchard-Saiger, Esq., and John Biard, Esq., are specially admitted to appear in this case, with John M. Finnigan, Esq., serving as local counsel pursuant to Local Rule 2.02(a)(1).

Counsel shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." If counsel outside the Middle District of Florida are unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties